In the Matter of the Application of DALLAS S. TOWNSEND and STUART S. JANNEY for Appointment as Ancillary Committee of the Person and Property of ISABEL D. McHIE, an Alleged Incompetent. In the Matter of the Accounting of DALLAS S. TOWNSEND and STUART S. JANNEY, as Ancillary Committee, etc., Accountants, Respondents, Pursuant to the Order of the Appellate Division of the Supreme Court Dated November 6, 1931, and Entered November 12, 1931. ISABEL D. McHIE, Objectant, Appellant.— Order, so far as appealed from, modified by surcharging the accountants, respondents in the sum of $20,000, used by said accountants to purchase a mortgage participation certificate, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Dore, J., dissents and votes for affirmance; Callahan, J., takes no part. Settle order on notice.

In the Matter of the Judicial Settlement of the Account of Proceedings of CHEMICAL BANK AND TRUST COMPANY and IDA G. COLE, as Administrators c. t. a. of the Estate of LAURA RICH, Deceased, and for the Appointment of Substituted Trustees of the Trusts Created by the Last Will of LAURA RICH, Deceased. BENJAMIN RICH, Appellant; CHEMICAL BANK AND TRUST COMPANY and IDA G. COLE, as Administrators c. t. a., etc., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JACOB M. KRAM, Appellant, v. MICHAEL H. KRAM and GEORGE I. KRAM, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of KATERINA VASS, as Administratrix with the Will Annexed of ANNA KVETKOFF, Deceased. MORRIS WEISS, Objectant, Appellant; KATERINA VASS, as Administratrix with the Will Annexed, etc., Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

MILTON SUSKIND, Respondent, v. FASHION WEAR DRESS CO., INC., and Another, Appellants, Impleaded with Another, Defendant.— Order unanimously affirmed. with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order upon payment of said costs and the ten dollars costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

MACKLYN ADDISON RAYMOND, Respondent, v. THE NEW YORK TIMES COMPANY, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days after service of order. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.